UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re Reggie D. Hill                                    Case No.  12-30686-KRH
                                                        Chapter 13

            Debtor(s).


## ORDER CONDITIONALLY APPROVING LOAN MODIFICATION AGREEMENT

A hearing was held in open court on _____January 9, 2013_____ on debtor's motion to approve loan modification agreement.  Upon consideration of the motion, it is

**ORDERED:**

1.    The debtor's motion to approve the loan modification agreement is **CONDITIONALLY APPROVED**.

2.    A final hearing on debtor's motion to approve the loan modification agreement will be heard on _____June 12, 2013_____, at __10:30__ A.M.  at the U.S. Bankruptcy Court,  Judge Huenneken's Courtroom, 701 East Broad St., Room 5000, Richmond, VA  23219 . This final hearing may be canceled if, prior to the final hearing, the parties submit to the Court: (1) a fully executed copy of the loan modification agreement; and (2) a proposed final order on the motion with endorsements by the debtor or debtor's counsel if the debtor has been represented by counsel during the motion proceedings, the Chapter 13 trustee, and the creditor or creditor's counsel if the creditor has been represented by counsel during the motion proceedings.

Date:  Jan 15 2013 _____                    /s/ Kevin R. Huennekens_____
                                                                    Judge


                                                    NOTICE OF JUDGMENT ORDER
                                                    ENTERED ON DOCKET
                                                     Jan 16 2013 _____

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                          Case No. 12-30686-KRH
Reggie D. Hill                                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: baumgartn          Page 1 of 2              Date Rcvd: Jan 16, 2013
                              Form ID: pdforder        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2013.
db            +Reggie D. Hill,   2410 Berry Street,   Hopewell, VA 23860-6408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 18, 2013**                          **Signature:**   _Joseph Speetjens_

```
District/off: 0422-7          User: baumgartn         Page 2 of 2             Date Rcvd: Jan 16, 2013
                              Form ID: pdforder       Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2013 at the address(es) listed below:
        Eric David White    on behalf of Creditor   Bank of America, N.A. ewhite@siwpc.com,
        kphares@siwpc.com;bjordan@siwpc.com;kpittman@siwpc.com;naquilina@siwpc.com;ecfpocrich@siwpc.com;k
        lane@siwpc.com;awhite@siwpc.com;scarter@siwpc.com;jmuncy@siwpc.com;mfreeman@siwpc.com;dcarter@siw
        pc.com;
        Pia J. North    on behalf of Debtor Reggie Hill
        katreena@pianorth.com;lawdesk.northlaw@verizon.net;northlaw@pianorth.com;barbara@pianorth.com;bet
        h@pianorth.com;mandy@pianorth.com;northlawecf@gmail.com;notices.northlaw@earthlink.net;bkynotices
        @gmail.com;North_ecf@Iamthewolf.com
        Robert E. Hyman    station08@ricva.net,
        notices@access13.com;station03@ricva.net;station04@ricva.net;station05@ricva.net;station06@ricva.
        net;station07@ricva.net;station10@ricva.net;station09@ricva.net;station16@ricva.net;station11@ric
        va.net;station12@ricva.net;station13@ricva.net

                       TOTAL: 3